# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| KOLBY D. GOODNIGHT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; and SYNCHRONY BANK,<br><br>　　　　　Defendants | Case No. 3:25-cv-05955<br><br>ORDER GRANTING DEFENDANT SYNCHRONY BANK'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

IT IS SO ORDERED:

Defendant Synchrony Bank's Unopposed Motion for Extension of Time to Respond to Complaint until and including January 5, 2026, is GRANTED.

Dated this 19th day of December 2025.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge